UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA, )
                                                        )     2:06-CR-210-LDG-LRL
         Plaintiff, )
                                                        )
vs.                                                   )
                                                       )
CHAD PRICE )
                                                       )
        Defendant. )

FILED / ENTERED
RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 15 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#824) on July 23, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

    Name of Payee: CITIGROUP INVESTIGATIVE SERVICES
    Amount of Restitution: $32,716.95

    **Total Amount of Restitution ordered: $32,716.95\*\***
    \*\*Joint and Several with co-defendants

Dated this _14_ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE