UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) 2:06-CR-210-LDG-LRL ) |
| vs. | ) ) |
| CHAD PRICE | ) ) |
| Defendant. | ) ) |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#824) on July 23, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: CITIGROUP INVESTIGATIVE SERVICES
Amount of Restitution: $32,716.95

**Total Amount of Restitution ordered: $32,716.95\*\***
\*\*Joint and Several with co-defendants

Dated this _14_ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE